# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERY AGONATH, JAMES ALLEN, BRIAN DALEY, KEVIN ROGERS and MICHAEL GALARZA, Individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERSTATE HOME LOANS CENTER, INC., TERENCE CULLEN, ALEX NIVEN, KENNETH TUMSUDEN, JEANNE WICKES, and ELLEN ZUCKERMAN,<br><br>　　　　　　Defendants. | Civil Action No. 17-cv-5267-JS-SIL |

## PARTIES' JOINT MOTION FOR APPROVAL OF FLSA NOTICE PURSUANT TO MARCH 6, 2019 ORDER OF COURT

On March 6, 2019, this Court granted Plaintiffs' Motion to Proceed as a Collective Action and to Facilitate Notice Under 29 U.S.C. § 216(b). *See* Dkt. No. 41. In its Order, the Court directed Plaintiffs to make certain revisions to their proposed Notice and to serve a draft on Defendants no later than March 20, 2018. *Id*. at 15-18. The Court further required Defendants to serve objections or provide their consent by March 29, 2019. *Id*. at 18. Finally, the Court required the Parties to file a joint motion for approval of the Notice on or before April 10, 2019. *Id*.

The Parties have complied with the Court's directives in full. Accordingly, they hereby submit the revised Notice, attached hereto as Exhibit A, for the Court's approval.

Dated: April 10, 2019　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ James B. Zouras

1

James B. Zouras
Ryan F. Stephan
Haley R. Jenkins
**Stephan Zouras, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312-233-1550
312-233-1560 f
jzouras@stephanzouras.com
rstephan@stephanzouras.com
hjenkins@stephanzouras.com

*/s/ Erik H. Langeland*
The Law Offices of Erik H. Langeland, PC
733 Third Avenue, 15th Floor
New York, New York 10017
(212) 354-6270
(212) 898-9086 f
elangeland@langelandlaw.com

*/s/ Justin M. Reilly*
Justin M. Reilly, Esq.
Heather N. Babione, Esq.
Neil H. Greenberg & Associates, P.C.
4242 Merrick Road
Massapequa, New York 11758
(516) 228-5100
(516) 228-5106 f
justin@nhglaw.com
heather@nhglaw.com

**ATTORNEYS FOR REPRESENTATIVE PLAINTIFFS AND THE PUTATIVE CLASS AND COLLECTIVE**