The Law Offices of
# ERIK H. LANGELAND
A Professional Law Corporation

| | |
|---|---|
| 733 Third Avenue, 16th Floor | (212) 354-6270 |
| New York, NY 10017 | (212) 898-9086 fax |
| | elangeland@langelandlaw.com |

December 15, 2020

Hon. Steven I. Locke
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   **Agonath, *et al.* v. Interstate Home Loans Center, Inc., *et al.***
         **17-cv-05267-JS-SIL**

Dear Honorable Judge Locke:

   The Parties jointly move to adjourn the status conference scheduled for December 17, 2020 because a key deposition is scheduled for December 22, 2020 and the Parties will mediate the case on January 19, 2021. The Parties, therefore, request that the status conference be adjourned until a convenient date in for the Court in February 2021.

                                                            Yours truly,

                                                            /s/ Erik H. Langeland
                                                            Erik H. Langeland

CC: Paul Dashefsky, Esq.