UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JEFFERY AGONATH, JAMES
ALLEN, BRIAN DALEY, KEVIN
ROGERS and MICHAEL GALARZA,
Individually, and on Behalf of All
Others Similarly Situated,

              Plaintiffs,

   -against-

INTERSTATE HOME LOANS
CENTER, INC., TERENCE CULLEN,
ALEX NIVEN, KENNETH
TUMSUDEN, JEANNE WICKES, and
ELLEN ZUCKERMAN,

              Defendants.
----------------------------------------------------------------X

**ORDER**

2:17-cv-05267 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On December 8, 2023, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.*, Plaintiffs Jeffrey Agonath, James Allen, Brian Daley, Kevin Rogers, and Michael Galarza submitted an unopposed motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* DE [161]. On January 16, 2024, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [162].

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Docket Entry ("DE") [164].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:   Central Islip, New York         **SO ORDERED.**
         January 25, 2024

                                         /s/ Steven I. Locke
                                         STEVEN I. LOCKE
                                         United States Magistrate Judge